**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Samir Aghar,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-03691-PHX-KML

**ORDER**

On July 23, 2026, Magistrate Judge Camille D. Bibles issued a Report and Recommendation ("R&R"). (Doc. 15.) The R&R recommends the court grant the petition for writ of habeas corpus and order petitioner's immediate release. The parties had fourteen days to file objections, but none were filed. The R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 15) is **ADOPTED**. The petition (Doc. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** respondents must immediately release petitioner from custody.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance within two business days of petitioner's release.

/

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 7th day of August, 2026.

Honorable Krissa M. Lanham
United States District Judge